JS-6

1  SUNNY S. HUO (State Bar No. 181071)
   ANDREW W. NOBLE (State Bar No. 245993)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
4  ssh@severson.com
   awn@severson.com
5  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
6
   JANE K. LEE (State Bar No. 247259)
7  SEVERSON & WERSON
   A Professional Corporation
8  The Atrium
   19100 Von Karman Ave., Suite 700
9  Irvine, CA  92612
   jkl@severson.com
10 Telephone:  (949) 442-7110
   Facsimile:  (949) 442-7118
11
   Attorneys for Defendant
12 GREENPOINT MORTGAGE
   FUNDING, INC. Erroneously sued as
13 Greenpoint Mortgage Funding

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(EASTERN DIVISION – RIVERSIDE)

| | |
|---|---|
| JAIME HORTA, CAROL HORTA,<br><br>Plaintiffs,<br><br>vs.<br><br>EMC; GREENPOINT MORTGAGE FUNDING, DOES 1 TO 50,<br><br>Defendants. | Case No.: 5:09-cv-01090-SGL-FMO<br>Assigned to: Hon. Stephen G. Larson<br><br>**FINAL JUDGMENT**<br><br>**[FRCP 12(B)(6)]**<br><br>**DATE:**  August 31, 2009<br>**TIME:**   10:00 a.m.<br>**DEPT.:**  1<br><br>Complaint Date:  June 8, 2009<br>Trial Date:        Not Set |

15314/0029/752512.1                                [PROPOSED] FINAL JUDGMENT
                                                   Case No.: 5:09-cv-01090-SGL-FMO

- 2 -

1  For the reasons stated in the August 18, 2009 Order Granting Defendant
2  GreenPoint Mortgage Funding, Inc.'s ("GreenPoint," erroneously sued as
3  GreenPoint Mortgage Funding) Motion to Dismiss, **FINAL JUDGMENT IS**
4  **HEREBY ENTERED** in favor of GreenPoint and against Plaintiffs Jamie Horta
5  and Carol Horta. The Clerk shall close the file.
6  DATED: August 28, 2009

*[signature]*

THE HONORABLE STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | |
| 2 | CERTIFICATE OF SERVICE<br>*Jaime and Carol Horta v. EMC, et al.*<br>*Case No. 5:09-cv-01090-SGL-FMO* |

I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the City of Irvine, California; my business address is Severson & Werson, 19100 Von Karman Ave., Ste. 700, CA  92612.

On the date below I served a copy of the following document(s):

# [PROPOSED] FINAL JUDGMENT

on all interested parties in said case addressed as follows:

| | |
|---|---|
| Jaime and Carol Horta<br>1143 N. Sunset Avenue<br>Azusa, CA  91702 | Telephone:<br>Facsimile:<br>Email:<br>***Plaintiffs in Pro Per*** |
| **John M Sorich**<br>Adorno Yoss Alvarado and Smith<br>633 West Fifth Street Suite 10<br>Los Angeles , CA 90071<br>213 229 2400<br>Fax: 213 229 2499<br>Email: jsorich@adorno.com | *Attorneys for **EMC Mortgage Company*** |
| Katherine S Agbayani<br>Adorno Yoss Alvarado and Smith APC<br>1 Mac Arthur Place<br>Suite 200<br>Santa Ana , CA 92707 | *Attorneys for **EMC Mortgage Company*** |

☒ **(BY MAIL)**  By placing the envelope for collection and mailing following our ordinary business practices.  I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Irvine, California in sealed envelopes with postage fully prepaid.

☒ **(BY ELECTRONIC SERVICE)**  Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.  The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  This declaration is executed in Irvine, California, on August 28, 2009.

                                                        Lorraine Johnson